**Eric BUTKOVICH, Appellant,**

v.

**CITY OF LEE'S SUMMIT, Teresa S. Williams and Teri Round, Respondents.**

**WD 77704**

Missouri Court of Appeals, Western District.

Order filed: March 31, 2015

Application to Transfer to Supreme Court Denied April 28, 2015

Application for Transfer Denied June 30, 2015

Ken Kinney, for Appellant

Derek Glenn Johannsen, for Respondents

Mark D. Katz, Kansas City, Co-counsel for Respondents

Before Division Two: Anthony Rex Gabbert, Presiding Judge, Joseph M. Ellis, Judge and Karen King Mitchell, Judge

### *ORDER*

PER CURIAM:

Eric Butkovich appeals from a summary judgment entered in the Circuit Court of Jackson County in favor of Theresa Williams, Teri Round, and the City of Lee's Summit, Missouri in a Missouri Human Rights Act ("MHRA") suit filed by Butkovich. After a thorough review of the record, we conclude that the trial court did not err in concluding that there was no genuine issue of material fact and that Respondents were entitled to judgment as a matter of law. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**